USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/27/22__

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

April 27, 2022

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: United States v. Starlin Nunez,
21 Cr. 673 (ALC)

Dear Judge Carter:

I represent Starlin Nunez. I request to be excused from the conference scheduled for May 3rd for personal reasons. David Touger advised that he is willing to stand up for my client at the conference. Mr. Touger represents Makeen Jordan.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: All Counsel
(by ECF & email)

The application is **GRANTED.**
So Ordered.

Andrew L. Carter
4/27/22