MEMO ENDORSED

**THOMAS F.X. DUNN
ATTORNEY AT LAW
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2·23·23_

**By ECF**                                                                February 21, 2023

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: <u>United States v. Nunez</u>,
          21 Cr. 673(ALC)

Dear Judge Carter:

      I represent Starlin Nunez pursuant to the Criminal Justice Act in the above captioned case. I received this assignment in November 2021. I write to request permission to file interim vouchers in this case.

      The discovery is significant and extensive.  A discovery coordinator is assigned. The government has made 11 separate discovery productions. The discovery includes search warrant affidavits, over 900 jail calls ranging from seconds to 15 minutes. There is a minimum of 150 hours of MCC surveillance videos.

      I make this request based on the hours expended to date in discovery review, the expected future hours of review and the length of the case.

      Thank you for your consideration of this request.

                                     Respectfully yours,
                                     /s/
                                     Thomas F.X. Dunn

The application is  ✓ granted.
               ~~denied~~

Andrew L. Carter Jr, U.S.D.J.
Dated: February 23, 2023
          NY, New York