**MEMO ENDORSED**

**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-12-23

By ECF

October 5, 2023

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

    Re: <u>United States v. Nunez,</u>
        21 Cr. 673(ALC)

Dear Judge Carter:

    I represent Starlin Nunez pursuant to the Criminal Justice Act in the above captioned case. I write to request the assignment of Criminal Justice Act Attorney Jacqueline Cistaro to be co-counsel in the defense of Starlin Nunez. Ms. Cistaro and I have tried several multi-defendant cases together and I believe her involvement in this matter will substantially assist in providing a strong defense for Mr. Nunez. The trial in this matter is scheduled to commence on November 13th. Your Honor assigned an associate to assist, but that attorney is now unavailable.

    The discovery is significant and extensive. A discovery coordinator is assigned. Much of the discovery is sensitive in which it may be reviewed with the defendant only in the presence of member of the defense team. Mr. Nunez is being held at the Westchester County Jail.

    If Your Honor grants this request, I ask that an evoucher order concerning Ms. Cistaro's assignment be issued.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

The application is ✓ granted.
                denied.

_/s/ Andrew L. Carter Jr._
Andrew L. Carter Jr, U.S.D.J.
Dated: 10-12-23
       NY, New York