**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**By ECF**                                                                                       November 8, 2023

Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

      Re: <u>United States v. Nunez</u>,
          21 Cr. 673(ALC)

Dear Judge Carter:

    I write to request an extension until Friday, November 10th to respond to the government's motion *in limine*. I make this request because today we were engaged in preparation of our proposed charge and *voir dire*. We have yet to complete our research of the public authority issue. I would ask for a one-day extension, but we have several cases to address tomorrow and believe we may not complete our submission until Friday.

    Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                             /s/
                                                       Thomas F.X. Dunn

Cc: All Counsel

SO ORDERED:
/s/ Andrew L. Carter Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

            Dated: November 9, 2023
                  New York, NY