USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/28/23___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**UNITED STATES OF AMERICA,**

**Order**

**Westchester Jail CLOTHING ORDER**
**21 Cr. 673(ALC)**

                    **vs**

**STARLIN NUNEZ,**
-------------------------------------------------------------x
**To Westchester County Correctional, Valhalla, N.Y.**

Whereas, Starlin Nunez, Registration number 258314 ; and

Whereas, trial in this matter is scheduled to commence on November 27, 2023 and to continue

for approximately three weeks; and

Whereas Mr. Nunez requires to wear civilian clothing previously provided to the Westchester

Jail which included a two pair of slacks, three shirts and one pair of shoes; and

Whereas, he be permitted to wear these clothes for trial,

IT IS THEREFORE ORDERED that Mr. Starlin Nunez be permitted to wear the clothes

previously provided to the MDC which includes:

 3 shirts

 2 slacks

 1 pair of shoes

          SO ORDERED.

Dated: November 27, 2023
          New York, N.Y.

_____
          Hon. Andrew L. Carter, Jr
          United States District Judge