**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/29/24
```

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**BY ECF**

May 28, 2024

Honorable Andrew L Carter Jr.
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Starlin Nunez.*
        21 Cr. 673(ALC)

Dear Judge Carter:

    I write to request an adjournment of the sentence presently scheduled for June 6th. I make this request since the presentence interview has yet to take place. The interview has been scheduled several times, but scheduling issues came up which rested solely with the defense. I apologize to Your Honor for the failure to complete the interview.

    It is expected the interview will take place in the next few weeks. Assistant U.S. Attorney Jonathan Rebold has no objection to this request.

    I request that the sentence be rescheduled until late September to a date convenient to the Court. I make this request for a late September date due to the vacations of the parties and other scheduling matters.

    Thank you for your consideration of this request.

                                                Respectfully yours,
                                                /s/
                                                Thomas F.X. Dunn

Cc: Jonathan Rebold, Esq.
    Assistant U.S. Attorney
    (By ECF & email)

    Alyssa Lopez
    U.S. Probation Officer
    (by email)

The application is **GRANTED**. The sentencing is adjourned to 9/26/24 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter*
5/29/24