MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/19/24_____

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**BY ECF**

September 18, 2024

Honorable Andrew L Carter Jr.
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Starlin Nunez.*
        21 Cr. 673(ALC)

Dear Judge Carter:

    I write to request an adjournment of the sentence presently scheduled for September 26th. I make this request because I have yet to receive letters in support from family members and friends of Mr. Nunez and the final presentence report has been received, but is expected soon. I request a date during the week of November 4th or November 11th except for November 6th, or to a subsequent date convenient to Your Honor. This is my second request for an adjournment and I will not seek another adjournment

    Assistant U.S. Attorney Jonathan Rebold has no objection to this request.

    Thank you for your consideration of this request.

                                Respectfully yours,
                                /s/
                              Thomas F.X. Dunn

Cc: Jonathan Rebold, Esq.
    Assistant U.S. Attorney
    (By ECF & email)

    Alyssa Lopez
    U.S. Probation Officer
    (by email)

The application is **GRANTED**. The sentencing is adjourned to 11/14/24 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter Jr.*
9/19/24