**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/24
```

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**BY ECF & Email**

October 31, 2024

Honorable Andrew L Carter Jr.
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Starlin Nunez.*
        21 Cr. 673(ALC)

Dear Judge Carter:

    I write to request an extension of two days to file my sentencing submission, which is due today and I request the extension to Saturday, November 2d.

    Assistant U.S. Attorney Jonathan Rebold advised that he has no objection to this request. The government requests that if the Court grants my request that they also receive a two day extension for their submission, which is presently due next Thursday, November 7th.

    Thank you for your consideration of this request.

        Respectfully yours,
        /s/
        Thomas F.X. Dunn

Cc: Jonathan Rebold, Esq.
   Assistant U.S. Attorney
   (By ECF & email)

   Jessica Greenwood, Esq.
   Assistant U.S. Attorney
   (by ECF & email)

   Daniel Wolf, Esq.
   Assistant U.S. Attorney
   (by ECF & email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
10/31/24